UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHELBY GAIL HEIFETZ,

Plaintiff(s)

v.

DOUBLE DRAGON RESTAURANT INC, et al.,

Defendant(s)

Case No. C 23-01503-YGR

NOTICE OF SETTLEMENT OF ADA ACCESS CASE

(ADA ACCESS CASES)

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __30__ days.

Date: October 2, 2023

Signed: /s/ Irakli Karbelashvili
Attorney for Plaintiff(s)

Signed: /s/ Dana Andreoli
Attorney for Defendant(s)

Signed: _____
Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*