1 | ALL ACCESS LAW GROUP
2 | Irene Karbelashvili (State Bar No. 232223)
    irene@allaccesslawgroup.com
3 | Irakli Karbelashvili (State Bar No. 302971)
    irakli@allaccesslawgroup.com
4 | 1400 Coleman Ave Ste F28
    Santa Clara, CA 95050
5 | Telephone:  (408) 295-0137
    Facsimile:   (408) 295-0142
6 |
7 | Attorneys for Plaintiff SHELBY GAIL HEIFETZ

8 | Dana M. Andreoli (State Bar No. 262068)
    STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
9 | 235 Pine Street, 15th Floor
    San Francisco, California 94104
10 | Telephone:  (415) 421-3400
     Facsimile:   (415) 421-2234
11 | dandreoli@steyerlaw.com

12 | Attorneys for Defendants CARTER J. LLC and DOUBLE
     DRAGON RESTAURANT INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ, <br><br> Plaintiff, <br><br> v. <br><br> DOUBLE DRAGON RESTAURANT INC., a California corporation, d/b/a DOUBLE DRAGON; and CARTER J. LLC, <br><br> Defendants. | Case No. 4:23-cv-01503-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff Shelby Gail Heifetz ("Plaintiff") and Defendants Carter J. LLC and Double Dragon Restaurant Inc ("Defendants") stipulate that this action be dismissed in its entirety with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and expenses. The parties request that the Court retain jurisdiction over the parties' settlement agreement until October 23, 2024 in accordance with General Order No. 56

**IT IS SO STIPULATED**.

Dated: October 23, 2023      ALL ACCESS LAW GROUP

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Esq.
Attorneys for Plaintiff SHELBY GAIL HEIFETZ

Dated: October 23, 2023      STEYER LOWENTHAL BOODROOKAS
                              ALVAREZ & SMITH LLP

*/s/ Dana M. Andreoli*
Dana M. Andreoli
Attorneys for Defendants CARTER J. LLC and
DOUBLE DRAGON RESTAURANT INC

I, Irakli Karbelashvili, attest that I recieved concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

## [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and expenses. The Court retains jurisdiction over the parties' settlement agreement until October 23, 2024.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE,
CASE NO. 23-CV-01503-YGR