ALL ACCESS LAW GROUP
Irene Karbelashvili (State Bar No. 232223)
irene@allaccesslawgroup.com
Irakli Karbelashvili (State Bar No. 302971)
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for Plaintiff SHELBY GAIL HEIFETZ

Dana M. Andreoli (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
dandreoli@steyerlaw.com

Attorneys for Defendants CARTER J. LLC and DOUBLE DRAGON RESTAURANT INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>Plaintiff,<br><br>v.<br><br>DOUBLE DRAGON RESTAURANT INC., a California corporation, d/b/a DOUBLE DRAGON; and CARTER J. LLC,<br><br>Defendants. | Case No. 4:23-cv-01503-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff Shelby Gail Heifetz ("Plaintiff") and Defendants Carter J. LLC and Double Dragon Restaurant Inc ("Defendants") stipulate that this action be dismissed in its entirety with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and expenses. The parties request that the Court retain jurisdiction over the parties' settlement agreement until October 23, 2024 in accordance with General Order No. 56

**IT IS SO STIPULATED**.

Dated: October 23, 2023

ALL ACCESS LAW GROUP

*/s/ Irakli Karbelashvili*

Irakli Karbelashvili, Esq.
Attorneys for Plaintiff SHELBY GAIL HEIFETZ

Dated: October 23, 2023

STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

*/s/ Dana M. Andreoli*

Dana M. Andreoli
Attorneys for Defendants CARTER J. LLC and DOUBLE DRAGON RESTAURANT INC

I, Irakli Karbelashvili, attest that I recieved concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**~~[PROPOSED]~~ ORDER**

The Parties having so stipulated and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and expenses. The Court retains jurisdiction over the parties' settlement agreement until October 23, 2024.

Docket number 21 is denied as moot. This terminates docket numbers 21 and 22.

**IT IS SO ORDERED.**

Dated: October 26, 2023

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE